Michael D. Mann
Richards Kibbe & Orbe LLP
701 8th Street NW
Washington, DC 20001
Telephone: (202) 261-2990
Facsimile:  (202) 261-2999

Attorneys for Defendant Melanie Lundquist

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JULES ROTHAS, *individually*,                :
*and on behalf of all others similarly*      :   Civil Action No. 1:08-CV-01120 (RMB) (ECF)
*situated*,                                  :
                    Plaintiffs,   :
    v.                                      :
                             :
Municipal Mortgage & Equity, LLC, et al.,    :
                             :
                    Defendants.   :
------------------------------------------------------x

## **NOTICE OF APPEARANCE OF MICHAEL D. MANN**

PLEASE TAKE NOTICE that the undersigned appears for Defendant Melanie Lundquist in the above-captioned case and requests that service be made of all orders, notices and other pleadings of any nature filed in this case on: Michael D. Mann, Richards Kibbe & Orbe LLP, 701 8th Street NW, Washington, DC 20001.

I certify that I am admitted to practice in this Court.

Dated: March 5, 2008
Washington, DC

                RICHARDS KIBBE & ORBE LLP

                /s/ Michael Mann
                Michael D. Mann
                701 8th Street NW
                Washington, DC 20001
                Telephone: (202) 261-2990
                Facsimile: (202) 261-2999
                MMann@rkollp.com

                Counsel for Defendant Melanie Lundquist

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2008, I served the foregoing Notice of Appearance of Michael D. Mann through the Court's electronic notification system to all registered counsel.

_____
Michael A. Schneider