USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JULES ROTHAS, *individually*, :
and on behalf of all others similarly :  Civil Action No. 1:08-CV-01120 (RMB) (ECF)
*situated*, :
                     Plaintiffs, :
  v. :
                      :
Municipal Mortgage & Equity, LLC, et al., :
                      :
               Defendants. :
-------------------------------------------------------x

## [~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Michael D. Mann, Esq. attorney for Defendant Melanie Lundquist and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

|  |  |
|---|---|
| Applicant's Name: | David W.T. Daniels |
| Firm Name: | Richards Kibbe & Orbe LLP |
| Address: | 701 8th Street, N.W. |
| City/State/Zip | Washington, D.C. 20001-3727 |
| Telephone/Fax: | (202) 261-2960 / (202) 261-2999 |
| Email Address: | DDaniels@rkollp.com |

is admitted to practice pro hac vice as counsel for Defendant Melanie Lundquist the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/7/08

_Richard M. Berman_
United States District Judge